**EXHIBIT 1:**
"Medication Summary"
"Certification of Achievements"

# Bureau of Prisons
## Health Services
## Medication Summary
### Current as of 11/16/2021 17:26

| Complex: | YAX–YAZOO CITY FCC | Begin Date: | N/A | End Date: | N/A |
|---|---|---|---|---|---|
| Inmate: | REEVES, EDDIE OBRIAN | Reg #: | 08416-043 | Quarter: | B14-030U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Losartan potassium 50 MG Tab
Take two tablets (100 MG) by mouth daily
**Rx#:** 229352-YAX    **Doctor:** Martinez, L. MD
**Start:** 10/12/21    **Exp:** 10/12/22    **Pharmacy Dispensings:** 120 TAB in 36 days

# BMI Calculator





**BMI = 32.7 kg/m² (Obese Class I)**

- Healthy BMI range: 18.5 kg/m² - 25 kg/m²
- Healthy weight for the height: 121.7 lbs - 164.4 lbs
- Lose 50.8 lbs to reach a BMI of 25 kg/m².
- Ponderal Index: 18.9 kg/m³

by Calculator.net

# Ideal Weight Calculator

The *Ideal Weight Calculator* computes ideal body weight (IBW) ranges based on height, gender, and age. The idea of finding the IBW using a formula has been sought after by many experts for a long time. Currently, there persist several popular formulas, and our Ideal Weight Calculator provides their results for side-to-side comparisons.



Result

The ideal weight based on popular formulas:

| Formula | Ideal Weight |
|---|---|
| Robinson (1983) | 148.1 lbs |
| Miller (1983) | 148.8 lbs |
| Devine (1974) | 150.8 lbs |
| Hamwi (1964) | 153.4 lbs |
| Healthy BMI Range | 121.7 - 164.4 lbs |

# CERTIFICATE  of PARTICIPATION

# Eddie Reeves

is commended for a job well done in the completion of Business Etiquette class.

PRESENTED BY: S. McMiller, Counselor

ON THIS DAY: November 18, 2021



# FEDERAL BUREAU OF PRISONS

# CERTIFICATE

## OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

## Eddie Reeves

In completion of the FSA Faith-Based Houses of Healing program at the Federal Prison Camp, Pensacola, Fl.

1-8-2023

DATE

CHAPLAIN

# FEDERAL BUREAU OF PRISONS

# CERTIFICATE

## OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

## Eddie Reeves

In completion of the Faith-Based Threshold Program at the Federal Prison Camp, Pensacola Fl.

01-31-2023
DATE

A. Dixon
SUPERVISORY CHAPLAIN

# FEDERAL BUREAU OF PRISONS
# CERTIFICATE
## OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

## Eddie Reeves

In completion of the FSA Program-Embracing Interfaith Cooperation at the Federal Prison Camp, Pensacola, Fl.

08-30-2022
DATE

_____
CHAPLAIN

# CERTIFICATE OF COMPLETION

FPC PENSACOLA EDUCATION DEPARTMENT

This certifies that

## Eddie Reeves

Has satisfactorily completed 10 participation hours
On this 30th day of December 2022 in

## FINANCIAL PEACE

_A Scott, ACE Coordinator_

# Certificate Of Accomplishment

Awarded to:

**REEVES EDDIE**

*FSA CLASS*

**WALK WITH EASE**

*Awarded this 14th day of February 2022*

*D. WILSON, Recreation Specialist*