U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX 77070
SEP 15, 2023
$1.59
R2306Y152356-05

Retail
RDC 99
39501

Eddie O. Reeves
Reg. No. 08416-043
USP ATLANTA
U.S. PENITENTIARY
P.O. BOX 150160
ATLANTA, GA 30315

TO:
Mr. Arthur Johnston
Clerk of Court
U.S. District Court
Southern District of Mississippi
Southern Division
2012 15th Street, Suite 403
Gulfport, MS 39501

RECEIVED
SEP 18 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.